EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2018 TSPR 210 |
| Rebecca Rodríguez Mercado  | 202 DPR ____  |

Número del Caso:  TS-9874

Fecha: 4 de abril de 2018

Abogado de la peticionaria:

             Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rebecca D. Rodríguez Mercado            TS-9,874

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de abril de 2018.

Examinado el Escrito en Cumplimiento de Orden, se ordena la reinstalación de la Lcda. Rebecca D. Rodríguez Mercado exclusivamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería no ha lugar porque la licencia de esta abogada va a ser reinstalada aunque tiene conducta no adjudicada que provocó una querella en su contra. Si fuera una aspirante revalidada no le daríamos una licencia hasta que se adjudicara la veracidad de lo que se le imputa. El trato a quien solicita reinstalación no debe ser diferente. Reinstalar la licencia de una abogada puede ser nocivo al interés público si esta ha incurrido en conducta lesiva a los ciudadanos. Hasta que se adjudique que eso no ocurrió estamos poniendo el interés público en riesgo reinstalando la licencia de una abogada cuya conducta está siendo cuestionada. La Jueza Presidenta Oronoz Rodríguez está inhibida.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo